# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| GWENDOLYN H. KING, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE ASSET-BANK OF NEW YORK MELLON for the Certificateholders of CWABS, INC., Asset Backed Certificates, Series 20015, f/k/a The Bank of New York, AGENTS BANK OF AMERICA, NA, and SELECT PORTFOLIO SERVICING, INC., | ) No. 17-cv-2402-SHL-dkv |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Chief Magistrate Judge Diane K. Vescovo's Report and Recommendation (hereinafter, the "Report") (ECF No. 7), filed June 22, 2017, recommending the *sua sponte* dismissal of Plaintiff's *Pro Se* Complaint (ECF No. 1) for failure to state a claim. For the following reasons, the Court **ADOPTS** the Report.

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal of a complaint for failure to state a claim. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects. Id.; see also Fed. R. Civ. P. 72(b)(3).

The deadline to object to the Report has passed, and Plaintiff has not filed any objections. The Court has reviewed the Report for clear error and finds none. Therefore, the Court hereby **ADOPTS** the Report and **DISMISSES** Plaintiff's Pro Se Complaint.

**IT IS SO ORDERED,** this 7th day of July, 2017.

               s/ Sheryl H. Lipman
               SHERYL H. LIPMAN
               UNITED STATES DISTRICT JUDGE